DAVID B. BARLOW, United States Attorney (#13117)
WILLIAM K. KENDALL, Assistant United States Attorney (#7906)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

U.S. DISTRICT COURT
2012 OCT -2 A 8: 56
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MICHAEL BECKSTEAD,<br><br>Defendant | **I N F O R M A T I O N**<br><br>VIOLATION:<br>18 U.S.C. § 2113(a) Credit Union Robbery<br><br>Case: 1:12-cr-00068<br>Assigned To : Stewart, Ted<br>Assign. Date : 10/2/2012<br>Description: USA v. Beckstead |

The United States Attorney charges:

### COUNT I
18 U.S.C. § 2113(a)
(Credit Union Robbery)

On or about May 15, 2012, in the Northern Division of the District of Utah,

JOSHUA MICHAEL BECKSTEAD,

the defendant herein, by force and violence, and by intimidation, did take from the person

and presence of others, employees of Wasatch Peaks Credit Union, 975 Washington

Boulevard, Ogden, Utah, U.S. Currency, belonging to and in the care, custody, control,

management, and possession of Wasatch Peaks Credit Union, in which the deposits were then insured by the National Credit Union Association; all in violation of 18 U.S.C. § 2113(a).

DATED this 2nd day of October, 2012.

DAVID B. BARLOW
United States Attorney

WILLIAM K. KENDALL
Assistant United States Attorney